TMcGee@gallowaylawfirm.com
*Counsel for Defendant FlixBus*

**Submitted By:**

<u>Latney A. Russell</u>

<u>21595 S 231st Way</u>

<u>Queen Creek, AZ 85142</u>

Pro Se Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>Latney A. Russell<br>21595 S 231st Way<br>Queen Creek, AZ 85142<br>Pro Se Plaintiff (Pro Se),<br><br><br>LATNEY A. RUSSELL<br><br>        Pro Se Plaintiff,<br><br>Vs.<br><br>FLIXBUS INC.<br><br>Defendants. | CIVIL ACTION NO.<br>1:23-cv-00796 MHC<br><br>HON. JUDGE MARK H. COHEN<br><br>**PLAINTIFF'S MOTION TO SEEK LEAVE OF THIS HONORABLE COURT TO AMEND HIS COMPLAINT; AND MOTION TO SEEK CONSEQUENTIAL REMEDIES.** |

## PROPOSED ORDER

The Court having reviewed the foregoing Stipulation/Assertions, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff, Latney A. Russell , is granted leave to amend/to file an Amended Complaint, a copy of which will be served to all the defendants within 7 days of this order.

**IT IS ALSO ORDERED** that Defendant's responsive pleading shall be due within thirty (30) days after the Amended Complaint is filed.

**IT IS FURTHER ORDERED** that the Amended Complaint is deemed filed as of the date this Order is transmitted via Electronic Court Filing system.

**IT IS SO ORDERED.**

Dated:

Signature and Stamp of the Judge:

PRIORITY® MAIL

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

Latney Russell
21595 S 231st Way,
Queen Creek, AZ 85142

CLEARED DA[...]

MAR [...]

U.S. [...]

U.S. POSTAGE PAID
PM
QUEEN CREEK, AZ
85142
MAR 29, 23
AMOUNT
$9.65
R2304H108491-13

RDC 04    30303

TO: Attn: Clerks Office
United STATES Courthouse
2211 United States Courthouse
75 TED TURNER DRIVE, SW
Atlanta, GA 30303 - 3309

EXPECTED DELIVERY DAY:
USPS TRACKING® #

9505 5114 6074 3088 4079 59

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

EP14H July 2022 Outer Dimension: 10 x 5