**Tujuana McGee**

| | |
|---|---|
| **From:** | Alex Russell <ralatney@gmail.com> |
| **Sent:** | Friday, March 24, 2023 1:24 PM |
| **To:** | Tujuana McGee |
| **Cc:** | Jasmine Brown |
| **Subject:** | Re: FW: Galloway Law Firm: Latney A. Russell v. Flixbus, Inc. - CVA# 1:23-cv-00796-MHC - Our File# 6420 -1 - Consolidated Joint Preliminary Report and Discovery Plan - FOLLOW-UP - PLEASE RETURN - DUE BY - Friday, March 24, 2023 |

**\*\*\* External Sender - Please Exercise Caution\*\*\***

# Hello,

# I do not want to submit a joint report if you're not going to accept my suggestions.

# Moving forward I will submit a separate report to the courts.

# Regards,

# Latney Russell

On Fri, Mar 24, 2023 at 8:40 AM Tujuana McGee <TMcgee@gallowaylawfirm.com> wrote:

Mr. Russell,

As this is supposed to be a "consolidated" report, meaning that it is agreed upon by both Plaintiff and Defendant, Defendant objects to the addition of this inflammatory language.  With that being said, I have may edits to the first paragraph for your review.

Best,



1

Tujuana S. McGee


**Tujuana S. McGee, Director**
990 Hammond Drive, Suite 210
Atlanta, GA 30328
O: 678-951-1500 | F: 678-951-1510
TMcgee@gallowaylawfirm.com

2510 14th Street, Suite 910, Gulfport, Mississippi 39501



Galloway Johnson Tompkins Burr & Smith

TX | LA | MS | AL | FL | GA | MO
www.gallowaylawfirm.com

THIS MAY CONTAIN CONFIDENTIAL ATTORNEY-CLIENT
OR PRIVILEGED COMMUNICATIONS. PLEASE DO NOT
FORWARD WITHOUT SPECIFIC PERMISSION.

**From:** Alex Russell <ralatney@gmail.com>
**Sent:** Friday, March 24, 2023 11:23 AM
**To:** Jasmine Brown <JBrown@gallowaylawfirm.com>
**Cc:** Tujuana McGee <TMcgee@gallowaylawfirm.com>
**Subject:** Re: FW: Galloway Law Firm: Latney A. Russell v. Flixbus, Inc. - CVA# 1:23-cv-00796-MHC - Our File# 6420 -1 - Consolidated Joint Preliminary Report and Discovery Plan -FOLLOW-UP - PLEASE RETURN - DUE BY - Friday, March 24, 2023


*** External Sender - Please Exercise Caution***


Hello,

Please view the attached file below!

Regards,

Latney Russell


On Thu, Mar 23, 2023 at 1:40 PM Jasmine Brown <JBrown@gallowaylawfirm.com> wrote:

Ok, please be sure to reply all or copy in the attorney Ms. McGee, Esq. I have re-included her into this correspondence, so she can respond if needed.

As discussed, we would like to ensure this report is filed in a timely manner with the court. **Please provide the report back to us no later than 1:00PM ET/ 10:00AM MT, so we can discuss any revisions needed, prior to filing.** If not the report is not provided back to back to us by **1:00PM ET tomorrow,** we will be filing the document, as is.

If any questions, please let us know!

Thank You,

**Jasmine P. Brown, Paralegal**
990 Hammond Drive, Suite 210
Atlanta, GA 30328
O: 678-951-1500 | F: 678-951-1510
JBrown@gallowaylawfirm.com



Galloway Johnson Tompkins Burr & Smith
TX | LA | MS | AL | FL | GA | MO
www.gallowaylawfirm.com

THIS MAY CONTAIN CONFIDENTIAL ATTORNEY-CLIENT
OR PRIVILEGED COMMUNICATIONS. PLEASE DO NOT
FORWARD WITHOUT SPECIFIC PERMISSION.

**From:** Alex Russell <ralatney@gmail.com>
**Sent:** Thursday, March 23, 2023 4:32 PM
**To:** Jasmine Brown <JBrown@gallowaylawfirm.com>
**Subject:** Re: FW: Galloway Law Firm: Latney A. Russell v. Flixbus, Inc. - CVA# 1:23-cv-00796-MHC - Our File# 6420 -1 - Consolidated Joint Preliminary Report and Discovery Plan -FOLLOW-UP - PLEASE RETURN - DUE BY - Friday, March 24, 2023

**\*\*\* External Sender - Please Exercise Caution\*\*\***

Hello,
It will be ready tomorrow.

Regards,

Alex Russell


On Thu, Mar 23, 2023 at 6:01 AM Jasmine Brown <JBrown@gallowaylawfirm.com> wrote:

Good Morning Mr. Russell,


We are following up on any suggested edits you might have and/or your approval for our office to file the, **Consolidated Joint Preliminary Report and Discovery Plan?**


The joint report is due tomorrow, Friday, March 24th, and we prefer to have it back today, so we can ensure it is filed in a timely manner. **Please advise if we have your permission to file?**


If you have any questions, please email us or call **(678) 951-1500**, and reference file number, **6420-1**.


Thank You,

**Jasmine P. Brown, Paralegal**
990 Hammond Drive, Suite 210
Atlanta, GA 30328
O: 678-951-1500 | F: 678-951-1510
JBrown@gallowaylawfirm.com



Galloway Johnson Tompkins Burr & Smith
TX | LA | MS | AL | FL | GA | MO
www.gallowaylawfirm.com

4

THIS MAY CONTAIN CONFIDENTIAL ATTORNEY-CLIENT
OR PRIVILEGED COMMUNICATIONS. PLEASE DO NOT
FORWARD WITHOUT SPECIFIC PERMISSION.

**From:** Jasmine Brown
**Sent:** Friday, March 17, 2023 2:52 PM
**To:** Alex Russell <ralatney@gmail.com>
**Cc:** Tujuana McGee <TMcgee@gallowaylawfirm.com>
**Subject:** Galloway Law Firm: Latney A. Russell v. Flixbus, Inc. - CVA# 1:23-cv-00796-MHC - Our File# 6420 -1 -
Consolidated Joint Preliminary Report and Discovery Plan - PLEASE RETURN - DUE BY - Friday, March 24, 2023

Good Afternoon Mr. Russell,

Please see the attached correspondence regarding, **Latney A. Russell v. Flixbus, Inc.**

- **Consolidated Joint Preliminary Report and Discovery Plan**

The Consolidated Joint Preliminary Report and Discovery Plan, <u>must be filed with the court</u> <u>by</u> **Friday, March 24th, 2023**. **Please review thoroughly and advise any changes, so Ms. McGee, Esq. can respond? If no changes are needed, then please confirm this can be filed by our office**. I will follow-up closer to the deadline if no response, as we would prefer to have any changes made by, **Thursday, March 23rd**.

To ensure you receive a timely response, please include attorney Ms. McGee, Esq. and myself in your correspondence. Let us know if any questions!

Thank You,